**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **N-BAR TRADE, INC.**, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No.: 1:25-cv-00918 |
| v. | ) | |
| | ) | |
| **AMAZON.COM SERVICES LLC**, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS AMAZON.COM SERVICES LLC AND AMAZON PAYMENTS, INC.'S MOTION TO COMPEL ARBITRATION**

Defendants Amazon.com Services LLC and Amazon Payments, Inc. (together, "Amazon") by and through undersigned counsel, hereby submits their Motion to Compel Arbitration pursuant to the Federal Arbitration Act. As set forth more fully in the accompanying Memorandum of Points and Authorities, Plaintiffs Aymen Mohammed ("Mr. Mohammed") and N-Bar Trade, Inc. ("N-Bar," and together with Mr. Mohammed, "Plaintiffs") agreed to the terms of Amazon's Business Solutions Agreement ("BSA") when Mr. Mohammed created a third-party seller account with Amazon for N-Bar. The BSA contains a mandatory arbitration provision that covers this dispute and requires the parties to resolve any and all disputes between them in arbitration in accordance with the commercial rules of the American Arbitration Association. Those rules delegate any threshold disputes over arbitrability to the arbitrator. Plaintiffs' claims against Amazon are therefore subject to binding arbitration and any challenges to arbitrability should be decided by the arbitrator. Because all of Plaintiffs' claims are covered by the agreement to arbitrate, the Court should dismiss the matter without prejudice pending the outcome of the arbitration.

DATED: April 4, 2025 Respectfully submitted,

*/s/ Patrick J. Curran Jr.*

Patrick J. Curran Jr. (DC Bar 1026302)
DAVIS WRIGHT TREMAINE LLP
1301 K Street, NW
Suite 500 East
Washington, DC 20005
(202) 973-4200
patcurran@dwt.com

*Counsel for Defendants Amazon.com Services LLC and Amazon Payments, Inc.*

**CERTIFICATE OF SERVICE**

I, Patrick J. Curran Jr., hereby certify that on April 4, 2025, a copy of the foregoing was served via first-class mail, postage prepaid and via email, upon:

Zoubida Altayib — support@altayiblaw.com
Kamal Nawash — kamal@kamalnawash.com
1050 Connecticut Avenue Suite 500
Washington, DC 20036

*Counsel for Plaintiffs*

*/s/ Patrick J. Curran Jr.*
Patrick J. Curran Jr.