**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| N-BAR TRADE, INC., *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Civil Action No.: 25-918 (RC) |
| | : | |
| v. | : | Re Document No.: 4 |
| | : | |
| AMAZON.COM SERVICES LLC, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**GRANTING DEFENDANTS' MOTION TO COMPEL ARBITRATION**

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Defendants' motion to compel arbitration (ECF No. 4) is **GRANTED**. It is hereby:

**ORDERED** that this action is dismissed without prejudice.

**SO ORDERED**.

Dated: October 22, 2025

RUDOLPH CONTRERAS
United States District Judge